FILED: November 18, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4757
(2:16-cr-00068-RGD-RJK-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRIAN LEE GOFFIGAN

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:16-cr-00068-RGD-RJK-1 |
| Date notice of appeal filed in originating court: | 11/17/2016 |
| Appellant | Brian Lee Goffigan |
| Appellate Case Number | 16-4757 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |