FILED: October 3, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4757
(2:16-cr-00068-RGD-RJK-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

BRIAN LEE GOFFIGAN

 Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion to suspend briefing pending receipt of the supplemental opening brief and joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk