FILED: October 27, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4757
(2:16-cr-00068-RGD-RJK-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRIAN LEE GOFFIGAN

      Defendant - Appellant

_____

O R D E R

_____

The court denies the motion to suspend supplemental briefing schedule in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk